Filed 12/11/2015 10:55:29 AM
Billy Fox
District Clerk
Bowie County, Texas
Teresa Tipps, Deputy

**CAUSE NO. 15F0578-202**

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | IN THE 202ND DISTRICT COURT | |
| | § | | |
| **vs.** | § | OF | |
| | § | | |
| **MARQUELL SMITH** | § | BOWIE COUNTY, TEXAS | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 12:48:41 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, MARQUELL SMITH, Applicant/Defendant in the above styled and numbered cause, by and through his attorney of record, Rick C. Shumaker, and gives notice of appeal to the Court of Appeals for the Sixth Appellate District of Texas from the trial court's order of December 7, 2015 which denied Applicant's Writ of Habeas Corpus filed pursuant to Article 17.151 of the Texas Code of Criminal Procedure.

This appeal is filed pursuant to Texas Rule of Appellate Procedure, Rule 31.1.

Dated: December 10, 2015

Respectfully Submitted

*/s/ Rick C. Shumaker*
SBC No. 18325300
**Bowie County Pub. Def. Office**
424 West Broad Street
Texarkana, Texas 75501
(903) 792 2012
Fax - (903) 792 2065
Rick.Shumaker@txkusa.org

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above Notice of Appeal was forwarded to the Bowie County Texas District Attorney by efiling on this <sup>10th</sup> day of December, 2015.

*/s/ Rick C. Shumaker*